

1775 Wehrle Drive, Suite 100  
Williamsville, New York 14221  
Phone (716)204-1700  
Fax (716)204-1702  
http://www.GrossPolowy.com/

November 29, 2018

Clerk, United States Bankruptcy Court  
Southern District Of New York  
300 Quarropas Street  
White Plains, NY 10601

Re:        Rushmore Loan Management Services, LLC as servicing agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But as Trustee for Carlsbad Funding Mortgage Trust vs. Henrietta Respler, et al.  
Case No.   18-22956-rdd

Dear Sir or Madam:

    Enclosed herewith please find a Chamber's Copy of a Notice of Motion, Application, and Affidavit of Mailing of same filed by Gross Polowy, LLC. Also enclosed herewith please find an original and one copy of a proposed Order.

    Please note that the motion has been scheduled for February 15, 2019 at 10:00am in White Plains, New York.

    If you have any questions, please feel free to call.

Very truly yours,

By:    Courtney R Williams, Esq.

Enc.